# KROVATIN KLINGEMAN LLC

ATTORNEYS AT LAW

GERALD KROVATIN
HENRY E. KLINGEMAN*
HELEN A. NAU**
ANNA G. COMINSKY**

*ALSO ADMITTED IN HI AND PA
**ALSO ADMITTED IN NY

744 BROAD STREET
SUITE 1903
NEWARK, NEW JERSEY
07102

TEL. 973-424-9777
FAX 973-424-9779
www.krovatin.com

March 22, 2010

<u>via Electronic Filing</u>

Hon. Michael A. Shipp, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut St., Room 2042
Newark, NJ 07101

    Re: *Elan Pharma International Ltd., et al. v. Impax Laboratories, Inc.* (Civ. No. 09-5541 D.N.J.)

Dear Judge Shipp:

    This firm is local counsel to Plaintiff Fournier Laboratories Ireland Ltd. ("Fournier"). Listed below are the names and contact information for all attorneys involved in the above-captioned case on Fournier's behalf:

| **Local Counsel:** | **Counsel:** |
|---|---|
| Gerald Krovatin (gkrovatin@krovatin.com)<br>KROVATIN KLINGEMAN LLC<br>744 Broad Street, Suite 1903<br>Newark, NJ 07102<br>Tel.: (973) 424-9777<br>Fax: (973) 424-9779 | Glenn J. Pfadenhauer (gpfadenhauer@wc.com)<br>Kevin Hardy (khardy@wc.com)<br>Anne M. Rucker (arucker@wc.com)<br>Scott Dasovich (sdasovich@wc.com)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 434-5000<br>Fax: (202) 434-5029<br><br>Timothy C. Bickham (tbickham@steptoe.com)<br>William Z. Nakhleh (wnakhleh@steptoe.com)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036-1795<br>Tel: (202) 429-5517<br>Fax: (202) 429-3902 |

# Krovatin Klingeman LLC
ATTORNEYS AT LAW

Hon. Michael A. Shipp, U.S.M.J.
March 22, 2010
Page 2 of 2

Thank you for Your Honor's attention to this matter.

Sincerely,

/s/Gerald Krovatin
gkrovatin@krovatin.com

GK:cmd