IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JUL - 9 2010
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LTD. and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 2:09-cv-5541 (GEB)(MAS) |

## ORDER SETTING SCHEDULE FOR CLAIM CONSTRUCTION

**THIS MATTER** having been opened to the Court by Plaintiffs Elan Pharma International Ltd. and Fournier Laboratories Ireland Ltd. and Defendant Impax Laboratories, Inc. (the "Parties"), and their respective counsel, seeking an order setting a schedule for claim construction in this case; and the Court having considered the June 29, 2010 letter submitted by George C. Jones, Graham Curtin, A Professional Association, collectively on behalf of the Parties; and the Court having concluded that good cause has been shown in support of and justifying the requested amendment,

**IT IS HEREBY ORDERED THAT:**

The following dates are set for submissions relating to claim construction:

1. Disclosure of Initial List of Claims Asserted Infringed shall be delivered by **July 9, 2010**.

2. Proposed Claim Terms for Construction shall be delivered by **July 23, 2010**.

3. Preliminary Claim Constructions shall be delivered on **August 6, 2010**.

4. Submission of Joint Claim Construction and Prehearing Statement shall be delivered on **August 20, 2010**.

5. Opening Markman Submissions shall be delivered on **September 3, 2010**.

6. Responsive Markman Submissions shall be delivered on **October 1, 2010**.

Dated: ~~June~~ July 7, 2010

SO ORDERED:

_____

United States ~~Magistrate~~ District Judge